UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

10/12/07

Jonathan Lee Riches©,
Plaintiff

CIVIL No. 1:CV-07-1883

V.

GEORGE STEINBRENNER,
NEW YORK YANKEES,
DEFENDANTS

FILED
HARRISBURG

OCT 1 2 2007

MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

Complaint

"STEINBRENNER MADE MY MIND SURRENDER"

TRO TEMPORARY RESTRAINING ORDER

Comes Now the Plaintiff, Jonathan Lee Riches©, in pro-se, Moves this Honorable Court to issue a order for Defendants named in this suit to Respond. This is a Sexual harassment suit and crimes committed pursuant to: sexual intimidation, stalking, verbal sodomy, terroristic threats, Extortion, and Psychiatric trauma. Plaintiff also moves this Honorable court to issue a TRO Temporary Restraining Order Against Defendants, Defendants salary cap, and under Federal rules of civil proceedure rule 64 the return of my whips, chains, Shaving cream, lotions, and boxers. Plaintiff seeks $100,000,000.00 Million dollars from Defendants and season tickets for the 2012 season since I'm getting out in March. Plaintiff prays.

1

I have known Defendant Steinbrenner since 1988 when I was a 12 year old boy. I met Steinbrenner at St. Roman Catholic church in Philadelphia, PA in back of the Alter. We exchanged telephone numbers. Steinbrenner would send me candy bags with blow pops and tootsie rolls and gay comic books. Steinbrenner told me to call him "Daddy Steinbrenner" and not to tell anyone.

## 2

Ever Since Feb 25th 2003, Steinbrenner has been Sexually harassing me with 15 love letters daily. I'm uncomfortable with this. I told him to Stop, but he continues to write. Steinbrenner calls me "Johnny Choo choo", he refers to me as "Cake Boy", "Sweet cheeks". I demand these sexual harassment letters to stop.

## 3

Steinbrenner has been in love with me ever since 2001 when I did Identity theft and Credit Card fraud with his sons Hal and Hank. We Accumulated over 100,000,000.00 million dollars in Fraud losses from May 2001 until my Arrest Feb 25th, 2003. Steinbrenner loves me because that Money was used so the Yankees purchased Alex Rodriguez's "A-Rod's" contract from the Texas Rangers. A-rod is signed with the Yankees on my Identity theft fraud Money.

## 4

Steinbrenner won't stop harassing me Sexually. He writes me love letters at FCI Williamsburg telling me to put dollar bills in my stockings. He told me he wants us both to become Roman Catholics and live on waterfront property in Clearwater beach to watch the sunsets together in a bathtub taking Cialous. I'm scared these letters won't stop. 9-24-07 Steinbrenner sent me lipstick, used condoms, and hot fudge with my mail. He told me in this letter that he wants me to sing "Macho Man" and "YMCA" when I get out of prison. 9-22-07 - Steinbrenner sent me a Autographed Boy George Poster and told me when I come home in March 2012 that he wants to turn Legends Field in Tampa into a nudist colony for me and him. This disgusts me. I told him to stop writing, but he keeps telling me he's the Boss, he wants to be Tony Danza for me, cook muffins that are blueberry and wear a Apron for me without clothes. I got very sick from this harassment. Steinbrenner is messing with my mind. I never told anyone he used to touch me funny when I was a juvenile. He made me eat a banana in Front of the 1998 Yankees Team.

## 5

6-6-07- Steinbrenner sent me pictures with a leash around his neck being dragged by Abu Ghraib's Lyndie England

5-16-07 - Steinbrenner told me in a prison phone conversation that he's arranging for Darryl Strawberry to be my cell mate at Fci Williamsburg

4-18-07 - In a letter shaped as a heart, Steinbrenner wants me to replace Derick Jeter at shortstop when I come home

4-16-07- Steinbrenner wrote me and wants me to be his Fabio and eat "I Can't believe it's not Butter," without a knife in front of him.

## 6

George Steinbrenner has been bribing and blackmailing me telling me he will pay for my Federal Appeal, in return, I have to catwalk and chippendales dance in the Yankees locker room before each game

### TRO Temporary Restraining order

I'm degraded, embarrassed, and harassed by Steinbrenners conduct. Just because he is old and rich does not give him a free pass to harass my life. Plaintiff moves for a Restraining order to stop Steinbrenner from making sexual advances towards me, stop sending me love letters. Steinbrenner wants to take me out to the ball game, telling me he wants to pinch my butt, he told me he wants to play hanky panky with me, he told me he wants to shave my chest baby smooth. Why won't this man leave me alone, he wants to have phone sex with me on the prison phones. Under Rule 64, I want the return of my whips, chains, shaving cream, lotions, and boxers that Steinbrenner used on me in the late 90's. I've suffered abuse. A loss of my mind. I'm scared Steinbrenner is going to stalk me when I come home. Please help me

Respectfully
Submitted

Jonathan Lee Riches©
#40948-018
Fci Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 3

Jonathan Lee Riche[s]

Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC 295
02 OCT 2007 PM 1 L

United States District Court
MIDDLE District of Pennsylvania
Clerk of Court
228 Walnut St.
P.O. Box 983
Harrisburg, PA 17108

17108+9800